# ELECTRONIC RECORD

COA # 03-12-00808-CR     OFFENSE: 22.02

STYLE: Andre Demar Gipson v. The State of Texas     COUNTY: Travis

COA DISPOSITION: Modified, and as Modified, Affirmed     TRIAL COURT: 331st District Court

DATE: 2/12/15     Publish: NO     TC CASE #: D-1-DC-07-302550

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Andre Demar Gipson v. The State of Texas     CCA #: 297-15

_____PRO SE_____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_____Refused_____     JUDGE: _____

DATE: 06/10/2015     SIGNED: _____     PC: _____

JUDGE: Per Curiam     PUBLISH: _____     DNP: _____

\---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**